DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARRICK GIDEON JOHN,**
Appellant,

v.

**ARMANDO RODRIGUEZ** and **FLORIDA DENTAL CENTER OF LAKE PARK, INC.,**
Appellees.

No. 4D21-1533

[February 9, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 502010CA017346.

Garrick Gideon John, Lake Butler, pro se.

No appearance for appellees.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***